■ In the Matter of MARLENE M. RUGGIERI, Respondent, v SHIRLEY BRYAN, Appellant. [879 NYS2d 788]—Appeal from an order of the Family Court, Onondaga County (George M. Raus, Jr., R.), entered February 14, 2008 in a proceeding pursuant to Family Court Act article 6. The order granted the petition to modify a prior order of visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.

■ In the Matter of GIOVANNI E., JR., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; GIO-VANNI E., SR., Appellant, et al., Respondent. [879 NYS2d 788]— Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered September 18, 2007 in a proceeding pursuant to Family Court Act article 10. The order, insofar as appealed from, adjudged that respondent Giovanni E., Sr. neglected his child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.